# Order

Michigan Supreme Court
Lansing, Michigan

March 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142842(65)

KENNETH ADMIRE,
     Plaintiff-Appellee/
     Cross-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
     Defendant-Appellant/
     Cross-Appellee.

_____

SC: 142842
COA: 289080
Ingham CC: 07-001752-NF

On order of the Chief Justice, the motion by the Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2012

_____
Clerk